C. A. SMITH LUMBER COMPANY, Respondent, v. COLONIAL ASSURANCE COMPANY, Appellant.

*Smith Lumber Co.* v. *Colonial Assurance Co.*, 175 App. Div. 975, appeal dismissed.

(Argued February 26, 1917; decided March 6, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 4, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a policy of fire insurance.

The motion was made upon the grounds that the Appellate Division had unanimously decided that there was evidence tending to support the verdict, that no questions of law were involved and that the exceptions were frivolous.

*Louis J. Wolff* for motion.

*William B. Ellison* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion. The appellant did not raise the question which he desires to present to this court in a manner which survived the unanimous affirmance.